TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00115-CV

Bobby E. Haley, Appellant

v.

Associates Commercial Corporation, et al.; Ben L. Aderholt, et al.; and

Chamberlain, Hardlicka, White and Martin, Appellees

FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 172,384-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

PER CURIAM

 Because there is no final judgment from the trial court in this matter, we will
dismiss the appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a).

 Appellant submitted his Notice of Appeal to the trial court on March 9, 1999. By
letter dated July 9, 1999, this Court notified all parties that it did not appear that a final judgment
existed in this matter, and that appellant was requested to obtain a final judgment from the trial
court and submit same to this office by August 19, 1999. Thus far, appellant has failed to
respond.

 On September 17, 1999, the district clerk's office of Bell County informed the
Clerk's Office of this Court that the case had been removed to the United States District Court for
the Western District of Texas, Waco Division, on November 20, 1998, where it remains pending.

 Accordingly, we dismiss this appeal for want of jurisdiction on our own motion.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed: September 23, 1999

Do Not Publish